AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Alison Miller and Cecily Callan

V.

Allstate Insurance Company, and Does 1 to 500

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07-CV-156-W (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court hereby grants Allstate's motion to dismiss with prejudice on the counts for breach of contract and breach of the covenant of good faith and fair dealing...

| June 8, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON June 8, 2007 |

07-CV-156-W (AJB)